THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00139-MR

| | |
|---|---|
| MEGAN LEE STUDIO, LLC, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> TIEGUYS.COM, INC., et al., ) </br> ) </br> Defendants. ) </br> _____ ) | O R D E R |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney Thomas Stanton as counsel *pro hac vice*. [Doc. 22]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 22] is **ALLOWED**, and Thomas Stanton is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

IT IS SO ORDERED.

Signed: July 14, 2023

Martin Reidinger
Chief United States District Judge