# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Megan Lee Studio, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00139-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Alexander Jarmolych, et al., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2023 Order.

August 30, 2023

Katherine Hord Simon, Clerk
United States District Court